IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY CHAMPION, *et al.*, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) CASE NO.: 3:03-cv-275-MEF |
| | ) |
| RICHARD HOMA, *et al.*, | ) (WO-Not Recommended for Publication) |
| | ) |
| DEFENDANTS. | ) |

## **ORDER**

This action was filed on March 12, 2003. With respect to two of the defendants to this action, Richard Homa and Michael Gause, it appears that Plaintiffs eventually served the summons and Complaint on someone who has signed for Richard Homa and Michael Gause. Neither Richard Homa nor Michael Gause has ever answered, appeared, or otherwise responded to this action. Nevertheless, Plaintiffs have taken no steps to obtain a default against either Richard Homa or Michael Gause. It is hereby ORDERED that Plaintiffs show cause by no later than **March 17, 2008**, why their claims against Richard Homa and Michael Gause should not be dismissed for want of prosecution.

DONE this the 10th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE