IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARY CHAMPION, *et al.*, | ) |
| | ) |
|    PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO.: 3:03-cv-275-MEF |
| | ) |
| RICHARD HOMA, *et al.*, | ) (WO-Not Recommended for Publication) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on Plaintiffs' response to Court's order to show cause (Doc. # 57). With respect to defendant Michael Gause ("Gause"), this document contains a motion to dismiss. For good cause show and pursuant to Federal Rule of Civil Procedure 41, it is hereby ORDERED that all claims against Gause are DISMISSED WITHOUT PREJUDICE.

DONE this the 20th day of March, 2008.

                                                            /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE