IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARY CHAMPION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:03-cv-275-MEF |
| | ) | |
| RICHARD HOMA, *et al.,* | ) | (WO - Do Not Publish) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Voluntarily Dismiss Defendant Richard Homa (Doc. #61) filed on April 10, 2008, it is hereby

ORDERED that the motion is GRANTED and all claims against defendant Richard Homa are dismissed from this case.

DONE this 10th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE