IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MARY CHAMPION, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:03-cv-275-MEF |
| | ) | |
| RICHARD HOMA, *et al.*, | ) | (WO - Do Not Publish) |
| | ) | |
|    Defendants. | ) | |

# **FINAL JUDGMENT**

Upon consideration of the Memorandum Opinion and Order (Doc. #60) entered in this case on March 31, 2008, it is

ORDERED and ADJUDGED that as follows:

1. Judgment is entered in favor of defendants Dill, Dill, Carr, Stonbraker & Hutchings, P.C. and Fay Matsukage and against the plaintiffs.

2. All claims against Dill, Dill, Carr, Stonbraker & Hutchings, P.C. and Fay Matsukage are DISMISSED with prejudice.

3. The costs of this proceeding are taxed against the plaintiffs.

4. The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 10th of April, 2008.

                                                           /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE